JOHN J. FENDROCK v. EDWIN CRESWICK.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY PALMER.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. KARL H. GREENE.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CLEMENTZ.

April 10, 1979. Petition for certification denied.

ALAINE F. JASS v. BOARD OF TRUSTEES OF THE TEACHERS' PENSION AND ANNUITY FUND.

April 10, 1979. Petition for certification denied.

LEONARD CASTRIANNI v. THE MAYOR AND COUNCIL OF THE BOROUGH OF FORT LEE.

April 10, 1979. Petition for certification denied.